[No. 2942. Decided June 18, 1898.]

SAMUEL H. VER PLANCK, *Respondent*, v. CHARLES
LEE *et al.*, *Defendants*, A. P. McCLAINE *et ux.*, *Ap-*
*pellants.*

MORTGAGE — ASSUMPTION BY AGENT — RATIFICATION.

Although a deed of mortgaged premises containing an assump-
tion of the mortgage debt may have been taken by an agent of
the grantees without their knowledge or consent, the action of
the agent must be regarded as subsequently ratified, when it
appears that the grantees afterwards made payments of interest
on the debt and conveyed the premises by warranty deed, coven-
anting that they were the owners in fee simple.

Appeal from Superior Court, King County.—Hon.
WILLIAM HICKMAN MOORE, Judge. Affirmed.

*Sharpstein & Blattner*, for appellants.

*H. H. Blackburn*, for respondent.

PER CURIAM.—The question presented by the appeal
in this case is whether the appellants are liable to a per-
sonal judgment for the amount of a debt secured by a mort-
gage upon land conveyed to them by the mortgagor, and
is entirely one of fact. It is contended that the deed to
the appellants which assumed the mortgage was taken by
an agent without their knowledge and authority. So far
as the time the deed was taken is concerned this may be
conceded, and still we are of the opinion that the judg-
ment should be affirmed. It clearly appears that the ap-
pellants knew thereafter that they were the owners of
the real estate for they subsequently conveyed the same
by their warranty deed covenanting that they were the
owners in fee simple; it appears by the proofs, especially
by a letter of McClaine, the husband, that the appellants

assumed and agreed to pay the mortgage debt. Whether they knew of the assumption clause in the deed at the time it was executed or not, they knew it afterwards and made certain payments of interest thereon and ratified it beyond all question.

Affirmed.